

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-13-00458-CR

WILLIAM SOLOMON LEWIS, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 239th District Court of Brazoria County.   (Tr. Ct. No. 59246).

**TO THE 239TH DISTRICT COURT OF BRAZORIA COUNTY, GREETINGS:**

Before this Court, on the 6th day of March 2014, the case upon appeal to revise or to reverse your order was determined.   This Court made its order in these words:

> This case is an appeal from the appealable order signed by the trial court on May 9, 2013. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's order contains no reversible error. Accordingly, the Court **affirms** the trial court's order.
>
> The Court **orders** that this decision be certified below for observance.

Judgment rendered March 6, 2014.

Panel consists of Justices Jennings, Higley, and Sharp.

Opinion delivered by Justice Higley.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

January 30, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

